USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMY CLAIRE DUFFY,

    Petitioner,

v.

LYDELL JEWELRY DESIGN STUDIO, LLC, GLOBAL ACCESSORIES GROUP, LLC, AND JOHN M. HIGGINS,

    Respondent.

No. 20-CV-336 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. On January 15, 2020, Petitioner filed the operative petition seeking confirmation of an arbitration award. Petitioner has not yet docketed an affidavit of service.

Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

ORDERED that Petitioner shall file and serve any additional materials with which he intends to support his petition for confirmation by February 5, 2020. Respondent's opposition, if any, is due on March 4, 2020. Petitioner's reply, if any, is due on March 11, 2020.

IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated:    January 21, 2020
           New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge