USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
       :
AMY CLAIRE DUFFY,       :
       :
      Plaintiff,       :
       :   20-cv-0336 (LJL)
  -v-       :
       :   ORDER
LYDELL JEWELRY DESIGN STUDIO, LLC,       :
GLOBAL ACCESSORIES GROUP, LLC, and JOHN M.  :
HIGGINS,       :
       :
      Defendants.       :
       :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Petition in this matter was filed on January 14, 2020, Dkt. No. 1, and its supporting memorandum on February 4, 2020, Dkt No. 24. The Petition invokes diversity jurisdiction pursuant to 28 U.S.C. § 1332(a), but it does not specify the citizenship for Respondents Lydell Jewelry Design Studio, LLC and Global Accessories Group, LLC, or their members. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51-52 (2d Cir. 2000) (for diversity purposes, a limited liability company has the citizenship of each of its members).

      It is hereby ORDERED that a conference is scheduled for March 24, 2020 at 3:00 p.m. The conference will proceed by telephone. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

      The parties should be prepared to discuss whether there is diversity jurisdiction.


      SO ORDERED.

Dated: March 18, 2020
      New York, New York
                                         LEWIS J. LIMAN
                                         United States District Judge