UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------X
                                                                  :
AMY CLAIRE DUFFY,                                                 :
                                                                  :
                             Petitioner,                          :
                                                                  :         20-cv-0336 (LJL)
             -v-                                                  :
                                                                  :         ORDER
LYDELL JEWELRY DESIGN STUDIO, LLC,                                :
GLOBAL ACCESSORIES GROUP, LLC, and JOHN M.                        :
HIGGINS,                                                          :
                                                                  :
                             Respondents.                         :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On March 30, 2020, Petitioner filed an amended petition to confirm an arbitration award. Dkt. No. 27. It is hereby ORDERED that Respondents' opposition, if any, is due by April 21, 2020. Petitioner's reply, if any, is due by April 28, 2020.

IT IS FURTHER ORDERED that Petitioner shall notify Respondents of this Order.

SO ORDERED.

Dated: March 31, 2020
       New York, New York
                                                 _____
                                                 LEWIS J. LIMAN
                                                 United States District Judge