```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AMY CLAIRE DUFFY,

                Plaintiff,

       -against-

LYDELL JEWELRY DESIGN STUDIO, LLC,
GLOBAL ACCESSORIES GROUP, LLC, and
JOHN M. HIGGINS,

                Defendants.
-----------------------------------------------------------X

20 **CIVIL** 336 (LJL)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 5, 2020, the Amended Petition is GRANTED. The Award is confirmed, and judgment is entered in favor of Petitioner and against Respondents as follows: Compensatory damages in the amount of $144,887.20; Attorney's fees in the amount of $172,059.20; Costs in the amount of $4,713.27; Prejudgment interest in the amount of $25,675.33; Interest at 9% per annum on the amount of $347,335.00 (the sum of the above amounts) from October 31, 2019 until the date when Respondents pay the $347,335.00 plus interest due to Petitioner; Reimbursement for the $300 in administrative fees paid by Petitioner to the AAA; and Attorneys' fees and costs incurred in connection with the Petition and Amended Petition as well as any costs incurred in enforcing the judgment entered by the Court; accordingly, the case is closed.

**Dated**: New York, New York
      May 5, 2020

                                  **RUBY J. KRAJICK**
                                    **Clerk of Court**
                **BY:**
                                    **Deputy Clerk**